TEACHERS COLLEGE, Appellant and Respondent, *v.* NATHANIEL L. GOLDSTEIN, as Attorney-General of the State of New York, et al., Respondents, and DONALD ELLIOTT et al., Infants, by HARRISON S. ELLIOTT, Their Guardian, et al., Interveners, Respondents and Appellants.

Argued April 19, 1948; decided May 20, 1948.

*Timothy N. Pfeiffer* and *Rebecca M. Cutler* for plaintiff, appellant and respondent.

*Austin W. Scott, William M. Chadbourne, Clinton DeWitt Van Siclen, Bernard Hellring* and *John E. Larkin* for intervening defendants, respondents and appellants.

Judgment affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.